Melissa Wood (SBN 197399)
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4307
Facsimile: (415) 391-2058
Email: mwood@murchisonlaw.com

Attorneys for Defendants
THE CHEESE STEAK SHOP, INC.
and CENTURY PLAZA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CHEESE STEAK SHOP, INC.;<br>CENTURY P40589LAZA<br>CORPORATION;<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00985-RS<br><br>**STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION; [PROPOSED] ORDER THEREON** |

　　　　Plaintiff FRANCISCA MORALEZ and Defendants THE CHEESE STEAK SHOP, INC. and CENTURY PLAZA CORPORATION, by and through their counsel of record, jointly stipulate to an extension of the deadline for completion of mediation in this case.

　　　　Pursuant to the Scheduling Order, the parties have met all of the deadlines as set forth by the Court up to this point. On June 28, 2017 the matter was referred to mediation and the Court set a deadline of September 25, 2017 to complete the mediation. The Court appointed Steve Saltiel as the mediator on August 11, 2017.

　　　　A conference call between counsel and Mr. Saltiel took place soon after his appointment, and the parties agreed to mediate the case on September 25, 2017, the last such date to complete it prior to the deadline.

The parties have been diligently working to resolve the injunctive relief issues but have not yet reached an agreement. Defendants' counsel learned on Monday, September 18, 2017 that the insurance carrier representative is unable to participate in the mediation on September 25, 2017. Defendants' counsel immediately notified Plaintiff's counsel and the mediator of the issue, and Plaintiff's counsel agreed to this stipulation. A new mediation date of November 15, 2017 has been agreed upon. The Parties accordingly request that the deadline to complete mediation be extended from September 25, 2017 to November 24, 2017.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any other deadline already fixed by Court Order.

IT IS SO STIPULATED.

DATED: September 21, 2017    **MURCHISON & CUMMING, LLP**

By: */s/ Melissa Wood*
Melissa Wood
SBN 197399
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 850
San Francisco, California 94111
Telephone: (415) 524-4307
Attorneys for Defendants
THE CHEESE STEAK SHOP, INC. and
CENTURY PLAZA CORPORATION

DATED: September 21, 2017    **MISSION LAW FIRM, A.P.C.**

By: */s/ Tanya Moore*
Tanya E. Moore
SBN 206683
**MISSION LAW FIRM, A.P.C.**
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Attorneys for Plaintiff
FRANCISCA MORALEZ

///

2    3:17-cv-00985-RS
STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION; ORDER THEREON

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: September 21, 2017　　　**MURCHISON & CUMMING, LLP**

　　　　　　　　　　　　　　　　By: */s/ Melissa Wood*
　　　　　　　　　　　　　　　　Melissa Wood
　　　　　　　　　　　　　　　　SBN 197399
　　　　　　　　　　　　　　　　**MURCHISON & CUMMING, LLP**
　　　　　　　　　　　　　　　　275 Battery Street, Suite 850
　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　Telephone: (415) 524-4307
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　THE CHEESE STEAK SHOP, INC. and
　　　　　　　　　　　　　　　　CENTURY PLAZA CORPORATION

After considering the above stipulation of the parties and good cause appearing therefore, the present deadline for completion of mediation of September 25, 2017 is hereby extended to November 24, 2017.

SO ORDERED.

DATED: 9/25/17　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge